UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS ZACHARY PETERS,

    Plaintiff,

v.

    CASE NO. 1:24-cv-1150

    HON. ROBERT J. JONKER

BRANDON WILLIAM PETERS,

    Defendant.
_____/

## ORDER

Plaintiff filed an objection (ECF No. 7) to the Magistrate Judge's November 6, 2024 Report and Recommendation (ECF No. 6) for a dismissal based principally on an Amended Complaint (ECF No. 8) he filed on November 19, 2024, *after* the Magistrate Judge issued the Report and Recommendation. The allegations in the Amended Complaint include factual claims arguably responsive to the Report and Recommendation.

Accordingly, the Court remands the matter to the Magistrate Judge for screening consideration of Plaintiff's Amended Complaint. The Report and Recommendation (ECF No. 6) is dismissed as moot.

**IT IS SO ORDERED.**

Dated:  November 25, 2024        /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE